STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 55219
Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930

Attorneys for Defendant, Counterclaimant,
and Third Party Plaintiff,
MORRISON SOFTDESIGN, INC.

**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIDER SOFTWARE INC., <br><br> Plaintiff, <br><br> vs. <br><br> MORRISON SOFTDESIGN INC., <br><br> Defendant. | CASE NO. C 05 01452 MHP <br><br> **STIPULATION TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> [*Electronic digital signatures permitted* |
| MORRISON SOFTDESIGN INC., a North Carolina corporation, <br><br> Counterclaimant, <br> vs. <br><br> INSIDER SOFTWARE INC., a Delaware corporation <br><br> Counterdefendant. | |
| MORRISON SOFTDESIGN INC., a North Carolina corporation, <br><br> Third Party Plaintiff, <br> vs. <br><br> DOES 1 through 50, inclusive, <br><br> Third Party Defendants. | |

//

E-filing

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. C 05 01452 MHP
STIP. TO CONTINUE CMC &
[PROPOSED] ORDER

Page 1

IT IS HEREBY STIPULATED AND AGREED by the parties, acting through their undersigned counsel, that the Case Management Conference calendared by the Court for hearing on August 8, 2005 at 4:00 p.m., pursuant to the Order Setting Initial Case Management Conference dated April 8, 2005 (ECF Docket No. 2) be continued for hearing on August 22, 2005 at 4:00 p.m., the date for filing the Joint Case Management Conference Statement is to be extended to August 15, 2005 based upon the continued hearing date, and the initial disclosures and Rule 26 issues set forth for August 1, 2005 in the Order Setting Initial Case Management Conference likewise be extended to August 15, 2005.

This Stipulation is based upon the following Declaration of Stephen N. Hollman, counsel for Defendant, Counterclaimant, and Third Party.

### DECLARATION OF STEPHEN N. HOLLMAN

I, Stephen N. Hollman, do hereby declare that I am an attorney and have been licensed to practice law in the State of California and the Commonwealth of Massachusetts.

On July 27, 2005, I learned that the wife of my son, both of whom reside in Centennial, CO outside of Denver, will have labor induced on August 8, 2005 for the birth of her first child and my first grandchild. That will necessitate my presence and that of my wife in the Denver area on August 8, 2005.

In addition, my clients have filed in this action a Notice of Need for ADR Phone Call that will likely not occur prior to August 1, 2005 – the current filing date of a Joint Case Management Conference Statement pursuant to the terms of the Order Setting Initial Case Management Conference. Until that phone call occurs, it is not likely that the parties will be able to concur on a discovery plan and related Rule 26 issues that would be required to be set forth in a Joint Case Management Conference Statement.

The proposed continuance date of August 22, 2005 affords time for the ADR Phone Call to occur, enables counsel for the parties to meet and confer regarding initial disclosures or to state objections and to formulate a discovery plan after the undersigned's return from the Denver area, and to then include these matters in the Joint Case Management Conference Statement that will be prepared prior to and filed on August 15, 2005.

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. C 05 01452 MHP
STIP. TO CONTINUE CMC &
[PROPOSED] ORDER

Page 2

1  I have conferred with counsel for Plaintiff, and he joins in my request for a continuance
2  of the Case Management Conference based upon the reasons set forth above.
3  I declare under penalty of perjury under the laws of the State of California that the
4  foregoing matters under the caption "DECLARATION OF STEPHEN N. HOLLMAN" are true
5  and correct and based upon on my own personal knowledge as of this date. If called as a witness
6  I could and would competently testify thereto.

8  DATED:   July 28, 2005                BUSINESS & TECHNOLOGY LAW GROUP

10                                        By:   /digitally signed/ *Stephen N. Hollman*
11                                              Stephen N. Hollman,
                                                Attorneys for Defendant, Counterclaimant,
                                                and Third Party Plaintiff,
12                                              MORRISON SOFTDESIGN, INC.

14  APPROVED AND AGREED TO:

15  DATED:   July 28, 2005                EVERGREEN VALLEY LAW GROUP

17                                        By::  /digitally signed/ *Alexander Volchegursky*
18                                              Alexander Volchegursky,
                                                Attorneys for Plaintiff,
                                                INSIDER SOFTWARE, INC.
19
20  IT IS SO ORDERED: *The date set for Case Management*
21  *Conference is AUGUST 22, 2005 at 3:00 p.m. The*
    *CMC statement shall be filed on or before August*
22  Dated: 8/2, 2005  *15, 2005*
23                                              Hon. Marilyn H. Patel
                                                United States District Court Judge

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. C 05 01452 MHP
STIP. TO CONTINUE CMC &
[PROPOSED] ORDER

Page 3