George Frost (Bar No. 178528)
HOSIE McARTHUR LLP
One Market Spear Street Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001
Attorney for Plaintiff and Counter-Defendant
INSIDER SOFTWARE, INC.

STEPHEN N. HOLLMAN, ESQ (Bar No. 55219)
Business & Technology Law Center
160 W. Santa Clara Street, Ste. 1050
San Jose, CA 95113
Telephone: (418)282-1949
Facsimile:  (408)275-9930
Attorney for Defendant, Counterclaimant
MORRISON SOFTDESIGN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INSIDER SOFTWARE INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MORRISON SOFTDESIGN INC.,<br><br>　　　　Defendant.<br><br>AND THE RELATED COUNTER-ACTION | Case No.: C 05 01452 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING HEARING DATE FOR MOTION FOR LEAVE TO AMEND COMPLAINT AND TO ADD DEFENDANT JOHN MORRISON**<br><br>*[Electronic digital signatures permitted]* |

　　　　The parties to the above-entitled action submit this Stipulation and Proposed Order that the hearing date for Plaintiff's Motion to Amend Complaint be moved from December 12, 2005 to December 19, 2005, at 2 p.m. or as soon thereafter as counsel may be heard by the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, in the courtroom of the Honorable Judge Marilyn Hall Patel, Courtroom 15, 18th Floor.  The parties make this

STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE FOR MOTION FOR LEAVE TO AMEND COMPLAINT AND TO ADD DEFENDANT JOHN MORRISON

1

request to accommodate the medical needs of one of the lead counsel.  See attached Declaration of George Frost.

DATED:     November 8, 2005
By:    /s/George Frost_____
George Frost
Attorney for plaintiff, Insider Software, Inc.

DATED:     November 8, 2005
By:    /s/Stephen N. Hollman_____
Stephen N. Hollman
Attorney for defendant, counterclaimant and 3d party plaintiff, MORRISON SOFTDESIGN, INC.

After consideration of the Stipulation, the Declaration of George Frost, and all other matters presented to this court, IT IS HEREBY ORDERED that the hearing for this motion be set as requested hereinabove.

Dated:   11/10/2005   .

_____
Hon. N
United                Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE FOR MOTION FOR LEAVE TO AMEND COMPLAINT AND TO ADD DEFENDANT JOHN MORRISON

2