```
1  George Frost (Bar No. 178528)
   HOSIE McARTHUR LLP
2  One Market Spear Street Tower, Suite 2200
   San Francisco, CA 94105
3  Telephone: (415) 247-6000
   Facsimile: (415) 247-6001
4  Attorney for Plaintiff and Counterdefendant,
   INSIDER SOFTWARE, INC., a Delaware corporation, and
5  Third Party Defendants, RIO SABADICCI
   and INSIDER SOFTWARE, INC., a Pennsylvania corporation
6
   STEPHEN N. HOLLMAN, ESQ (Bar No. 55219)
7  Business & Technology Law Group
   160 W. Santa Clara Street, Suite 1050
8  San Jose, CA 95113
   Telephone: (418)282-1949
9  Facsimile:  (408)275-9930
   Attorney for Defendant, Counterclaimant, and Third Party Plaintiff
10 MORRISON SOFTDESIGN, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INSIDER SOFTWARE INC.<br><br>Plaintiff,<br><br>vs.<br><br>MORRISON SOFTDESIGN INC.,<br><br>Defendant. | Case No.: C 05 01452 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR ADR COMPLIANCE AND TO RESET CASE MANAGEMENT CONFERENCE**<br><br>*[Electronic digital signatures permitted]* |
| AND THE RELATED COUNTER-ACTION AND THIRD PARTY ACTION | |

The parties to the above-entitled action submit this Stipulation and [Proposed] Order to (1) enlarge the time for satisfaction of the hybrid ENE/Mediation ADR proceeding ordered by the Court on September 12, 2005 from December 13, 2005 through February 24, 2006, and (2)

STIPULATION AND [PROPOSED] ORDER                    1

1  recalendar the Case Management Conference, which is presently calendared for January 23,
2  2005 at 4:00 p.m., to March 6, 2006, at 4:00 p.m.

3       The parties enter into this Stipulation to enlarge the time for the hybrid ENE/mediation
4  ADR proceeding and the resetting of the Case Management Conference for the following
5  reasons: (1) the Court's ADR Program Administrator initially assigned the case to a mediator
6  who was not certified on the ENE panel; (2) after an initial conference telephone call with the
7  newly appointed ENE/mediator on December 1, 2005, Peter Courture, and based upon the
8  schedules of the parties, their counsel, and the neutral, all have agreed to an ENE/mediation date
9  of February 8, 2006, and each hereby commit to the Court that they will make a good faith effort
10 to dispose of this case through that process; and (3) after allowing for a reasonable amount of
11 time following the hearing date, the Courtroom Deputy advises that March 6, 2006 at 4:00 p.m.
12 would be the first available date for the Case Management Conference.

DATED:     December 8, 2005
                                        By:   /s/George Frost
                                              George Frost
                                              Attorney for plaintiff and counterdefendant, Insider
                                              Software, Inc., a Delaware corporation, and third
                                              party defendants Rio Sabadicci and Insider
                                              Software, Inc., a Pennsylvania corporation

DATED:     December 8, 2005
                                        By:   /digitally signed/Stephen N. Hollman
                                              Stephen N. Hollman
                                              Attorney for defendant, counterclaimant and third
                                              party plaintiff, MORRISON SOFTDESIGN, INC.

       IT IS HEREBY ORDERED that based upon the foregoing Stipulation of the parties
through their counsel that (1) the time for satisfaction of the hybrid ENE/mediation ADR
proceeding ordered by the Court on September 12, 2005 be enlarged from December 13, 2005

STIPULATION AND [PROPOSED] ORDER
                                        2

1  through February 24, 2006, and (2) recalendar the Case Management Conference, which is
2  presently calendared for January 23, 2005 at 4:00 p.m,. to March 6, 2005 at 4:00 p.m.
3  Dated: December 1️⃣6️⃣, 2005.

_____
Hon. Marilyn Hall Patel
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER

3