1   STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 55219
    BUSINESS & TECHNOLOGY LAW GROUP
2   160 W. Santa Clara Street, Suite 1050
    San Jose, CA  95113
3   Telephone:  (408) 282-1949
    Facsimile:  (408) 275-9930
4
    Attorneys for Defendant, Counterclaimant,
5   and Third Party Plaintiff,
    MORRISON SOFTDESIGN, INC., and
6   Defendant, JOHN MORRISON

7                       UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  INSIDER SOFTWARE INC., a Delaware )    CASE NO. C 05 01452 MHP
    corporation,                      )
11                                    )
              Plaintiff,              )    **STIPULATION ENLARGING TIME TO**
12                                    )    **RESPOND TO AMENDED COMPLAINT**
    vs.                               )
13                                    )    Local Rule 6-1(a)
    MORRISON SOFTDESIGN INC., a       )
14  North Carolina corporation, and JOHN )
    MORRISON, an individual,          )
15                                    )    **[Electronic digital signatures permitted]**
          Defendants.                 )
16  _____ )
                                      )
17  MORRISON SOFTDESIGN INC., a       )
    North Carolina corporation,       )
18                                    )
                                      )
          Counterclaimant,            )
19  vs.                               )
                                      )
20  INSIDER SOFTWARE INC., a Delaware )
    corporation,                      )
21                                    )
          Counterdefendant.           )
22  _____ )
                                      )
23  MORRISON SOFTDESIGN INC., a       )
    North Carolina corporation,       )
24                                    )
                                      )
25        Third Party Plaintiff,      )
    vs.                               )
26                                    )
    INSIDER SOFTWARE INC., a          )
27  Pennsylvania corporation, and RIO )
    SABADICCI, an individual,         )
28                                    )
          Third Party Defendants.     )

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 05 01452 MHP
STIP. ENLARGING TIME TO
RESPOND TO AMD. CMPLT.

Page 1

1        Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the

2 parties, acting through their undersigned counsel, that defendants shall have an enlargement of

3 time until 5 p.m. Friday, January 20, 2006, in which to Answer plaintiff's Amended Complaint

4 in the above-captioned matter.   This Stipulation does not alter the date of any hearing or

5 conference set by the Court.

6 DATED:       January 18, 2006

7

8                                      By:     /digitally signed/ *George Frost*

9                                              George Frost, Esq.
Attorneys for plaintiff

10 DATED:       January 18, 2006           BUSINESS & TECHNOLOGY LAW GROUP

11

12                                      By:     /digitally signed/ *Stephen N. Hollman*

13                                            Stephen N. Hollman, Esq.
Attorneys for defendants

14

15 IT IS SO ORDERED:

16 Dated: January _20_ 2006

17                                      Hon. Marilyn Hall Patel
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 05 01452 MHP
STIP. ENLARGING TIME TO
RESPOND TO AMD. CMPLT.

Page 2