|   |   |   |
|---|---|---|
| 1 | STEPHEN N. HOLLMAN, ESQ., STATE BAR NO. 55219<br>Business & Technology Law Group<br>160 W. Santa Clara Street, Suite 1050<br>San Jose, CA 95113<br>Telephone: (408) 282-1949<br>Facsimile: (408) 275-9930 | **FILED**<br><br>FEB 1 4 2006<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Attorneys for Defendant, Counterclaimant,
and Third Party Plaintiff,
MORRISON SOFTDESIGN, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSIDER SOFTWARE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MORRISON SOFTDESIGN, INC., a North Carolina corporation,; and JOHN MORRISON, an individual<br><br>    Defendants. | CASE NO. C 05 01452 MHP<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SECOND AMENDED COUNTERCLAIM AND THIRD PARTY COMPLAINT OF MORRISON SOFTDESIGN, INC.**<br><br>[Electronic digital signatures permitted] |
| MORRISON SOFTDESIGN, INC., a North Carolina corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>INSIDER SOFTWARE, INC., a Delaware corporation<br><br>    Counterdefendant. | |
| MORRISON SOFTDESIGN, INC., a North Carolina corporation,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>RIO SABADICCI, an individual; and INSIDER SOFTWARE, INC., a Pennsylvania corporation,<br><br>    Third Party Defendants. | |

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 05 01452 MHP
VOL. DISMISSAL W/O PREJ.
OF 2ND AMENDED CTCLM.
& 3RD PARTY COMPLAINT

Page 1

1     Counterclaimant and Third Party Plaintiff, MORRISON SOFTDESIGN INC., a North Carolina corporation, having brought the Second Amended Counterclaim and Third Party Complaint in good faith, hereby voluntarily dismisses without prejudice that Second Amended Counterclaim and Third Party Complaint based upon the prospects for a mutually acceptable settlement following an ENE/Mediation session on February 8, 2006.

DATED: February 13, 2006      MORRISON SOFTDESIGN, INC.,
a North Carolina corporation

By:    /digitally signed/ *John Morrison*
       John Morrison,
       President

Filed at the direction of Morrison SoftDesign, Inc.

DATED: February 13, 2006      BUSINESS & TECHNOLOGY LAW GROUP

By:    /digitally signed/ *Stephen N. Hollman*
       Stephen N. Hollman,
       Attorneys for Counterclaimant and Third Party Plaintiff,
       MORRISON SOFTDESIGN, INC.

2/14/06

**IT IS SO ORDERED**

/s/ U.S. DISTRICT JUDGE

Business & Technology Law Group
160 W. Santa Clara Street, Suite 1050
San Jose, CA 95113

CASE NO. 05 01452 MHP
VOL. DISMISSAL W/O PREJ.
OF 2ND AMENDED CTCLM.
& 3RD PARTY COMPLAINT

Page 2