United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INSIDER SOFTWARE INC.,

    Plaintiff,

  v.

MORRISON SOFTDESIGN INC.,

    Defendant.

No. C 05-01452 MHP

**MEMORANDUM & ORDER**
**Re: Time Records**

    On January 4, 2006 this court entered an order to show cause why sanctions should not be imposed against defendant Morrison SoftDesign, Inc. and its counsel, Stephen Hollman, for their apparently frivolous and bad-faith opposition to plaintiff Insider Software, Inc.'s motion for leave to file an amended complaint. In response to the order, plaintiff submitted summary documentation of the fees incurred by plaintiff in connection with preparing and arguing the motion for leave to amend and in responding to the order to show cause.

    After reviewing and considering these and other documents in the record, the court requests that plaintiff submit for *in camera* review unredacted copies of the contemporaneous time records (not later-prepared billing summaries) for attorneys Frost and Volchegursky reflecting their work on plaintiff's motion for leave to amend and in connection with the order to show cause. These copies

1

shall be accompanied by a brief declaration attesting that they are true and correct copies of the original records.

    IT IS SO ORDERED.

Date: February 16, 2006

_____

MARILYN HALL PATEL
United States District Judge
Northern District of California

2