1  George Frost (Bar No. 178528)
   HOSIE McARTHUR LLP
2  One Market Spear Street Tower, Suite 2200
   San Francisco, CA 94105
3  Telephone:  (415) 247-6000
   Facsimile:  (415) 247-6001
4  Attorney for Plaintiff,
   INSIDER SOFTWARE, INC.,
5  a Delaware corporation

6
   STEPHEN N. HOLLMAN, ESQ (Bar No. 55219)
7  Business & Technology Law Center
   160 W. Santa Clara Street, Ste. 1050
8  San Jose, CA 95113
   Telephone:  (408) 282-1949
9  Facsimile:  (408) 275-9930
   Attorney for Defendants, MORRISON SOFTDESIGN, INC.
10 and JOHN MORRISON

11                    **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO DIVISION**

14

15 INSIDER SOFTWARE INC.,                    Case No.: C 05 01452 MHP

16 a Delaware corporation,
                                            **STIPULATION AND [PROPOSED]**
17        Plaintiff,                        **ORDER TO ENLARGE TIME FOR ADR**
                                            **COMPLIANCE AND TO RESET CASE**
18        vs.                               **MANAGEMENT CONFERENCE FOR**
                                            **APRIL 10, 2006.**
19 MORRISON SOFTDESIGN INC.,
20 a North Carolina corporation, and        *[Electronic digital signatures permitted]*
   JOHN MORRISON, an individual,
21
22        Defendants.

23

24        The parties to the above-entitled action submit this Stipulation and Proposed Order that

25 (1) the time for satisfaction of the hybrid ADR requirement in this matter be extended through

26 March 31, 2006; and (2) that the Case Management Conference, which is now calendared for

27 March 6, 2006 at 4:00 p.m., be postponed and reset to April 10, 2006, at 4:00 p.m., or as soon

28 thereafter as counsel may be heard by the above entitled court, in the courtroom of the Hon.

STIPULATION AND [PROPOSED] ORDER

1  Marilyn Hall Patel, located at 450 Golden Gate Avenue, Courtroom 15, 18ᵗʰ Floor, San

2  Francisco, California.

3  　　　　The parties request this extension and resetting of the Case Management Conference for

4  the following reasons: (1) as ordered by the Court, a hybrid ENE/Mediation was held in Palo

5  Alto, California on February 8, 2006 before Peter Courture, a member of the Court's ADR

6

7  Program Panel; (2) the parties are continuing their communications and exchange of documents,

8  and the mediator has consented to continuing his attempts to facilitate a resolution of this case;

9  and (3) the parties continue to make a good faith effort to dispose of this case through the

10  mediation process.

11

12  　　　　Granting this Order will not affect other deadlines in the case and will serve the efficient

13  administration of justice.

14

15  DATED:　　　February 24, 2006　　　　　　By: _____/s/*George Frost*_____

16  　　　　　　　　　　　　　　　　　　　　　　George Frost
　　　　　　　　　　　　　　　　　　　　　　Attorney for plaintiff, INSIDER
17  　　　　　　　　　　　　　　　　　　　　　　SOFTWARE, INC., a Delaware
　　　　　　　　　　　　　　　　　　　　　　corporation
18

19

20  DATED:　　　February 24, 2006　　　　　　By: _____/s/*Stephen N. Hollman*_____

21  　　　　　　　　　　　　　　　　　　　　　　Stephen N. Hollman
　　　　　　　　　　　　　　　　　　　　　　Attorneys for defendants,
22  　　　　　　　　　　　　　　　　　　　　　　MORRISON SOFTDESIGN, INC.,
　　　　　　　　　　　　　　　　　　　　　　a North Carolina corporation, and
23  　　　　　　　　　　　　　　　　　　　　　　JOHN MORRISON, an individual

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1        After consideration of the Stipulation, the reasons therefor, and all other matters

2   presented to this Court, IT IS HEREBY ORDERED that (1) the time for satisfaction of the

3   hybrid ADR requirement in this matter be extended through March 31, 2006, and (2) the Case

4   Management Conference, which is now calendared for March 6, 2006 at 4:00 p.m., be postponed

5   and reset to Monday, April 10, 2006, at 4:00 p.m.

6

7

8   Dated: February 27, 2006

9

10   

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28