George Frost (Bar No. 178528)
HOSIE McARTHUR LLP
One Market Spear Street Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001
Attorney for Plaintiff,
INSIDER SOFTWARE, INC.,
a Delaware corporation

STEPHEN N. HOLLMAN, ESQ (Bar No. 55219)
Business & Technology Law Center
160 W. Santa Clara Street, Ste. 1050
San Jose, CA 95113
Telephone: (408) 282-1949
Facsimile: (408) 275-9930
Attorney for Defendants, MORRISON SOFTDESIGN, INC.
and JOHN MORRISON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INSIDER SOFTWARE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MORRISON SOFTDESIGN INC., a North Carolina corporation, and JOHN MORRISON, an individual,<br><br>Defendants. | Case No.: C 05 01452 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR ADR COMPLIANCE AND TO RESET CASE MANAGEMENT CONFERENCE FOR MAY 15, 2006.**<br><br>*[Electronic digital signatures permitted]* |

The parties to the above-entitled action submit this Stipulation and Proposed Order that (1) the time for satisfaction of the hybrid ADR requirement in this matter be extended through May 5, 2006; and (2) that the Case Management Conference, which is now calendared for April 10, 2006 at 4:00 p.m., be postponed and re-calendared to May 15, 2006, at 4:00 p.m., or as soon thereafter as counsel may be heard by the above entitled court, in the courtroom of the Hon.

STIPULATION AND [PROPOSED] ORDER

1

Marilyn Hall Patel, located at 450 Golden Gate Avenue, Courtroom 15, 18th Floor, San Francisco, California.

The parties request this extension and resetting of the Case Management Conference for the following reasons: (1) a hybrid ENE/Mediation was held in Palo Alto, California on February 8, 2006 before Peter Courture, a member of the Court's ADR Program Panel; (2) the parties are continuing their communications and exchange of documents and the mediator has consented to continuing his attempts to facilitate a resolution of this case; and (3) the parties continue to make a good faith effort to dispose of this case through the mediation process.

Granting this Order will not affect other deadlines in the case and will serve the efficient administration of justice.

DATED: March 29, 2006          By:  /digitally signed/*George Frost*
                                    George Frost
                                    Attorney for plaintiff, INSIDER
                                    SOFTWARE, INC., a Delaware corporation

DATED: March 29, 2006          By:  /digitally signed/*Stephen N. Hollman*
                                    Stephen N. Hollman
                                    Attorneys for defendants,
                                    MORRISON SOFTDESIGN, INC.,
                                    a North Carolina corporation, and
                                    JOHN MORRISON, an individual

STIPULATION AND [PROPOSED] ORDER

After consideration of the Stipulation, the reasons therefor, and all other matters presented to this Court, IT IS HEREBY ORDERED that (1) the time for satisfaction of the hybrid ADR requirement in this matter be extended through May 5, 2006, and (2) the Case Management Conference, which is now calendared for Monday, April 10, 2006 at 4:00 p.m., be postponed and re-calendared to Monday, May 15, 2006, at 4:00 p.m.

Dated: ~~March~~ April 3 ___, 2006



_____
Hon. Marilyn Hall Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER

3