1  George Frost (Bar No. 178528)
   One Market Spear Street Tower, Suite 2200
2  San Francisco, CA 94105
   Telephone:  (415) 247-6000
3  Facsimile:  (415) 247-6001
   Attorney for Plaintiff,
4  INSIDER SOFTWARE, INC.,
   a Delaware corporation
5

6  STEPHEN N. HOLLMAN, ESQ (Bar No. 55219)
   Business & Technology Law Group
7  160 W. Santa Clara Street, Suite 1050
   San Jose, CA 95113
8  Telephone:  (408) 282-1949
   Facsimile:  (408) 275-9930
9  Attorney for Defendants, MORRISON SOFTDESIGN, INC.
   and JOHN MORRISON
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14  INSIDER SOFTWARE INC.,                    Case No.: C 05 01452 MHP
15  a Delaware corporation,
                                              **STIPULATION AND [PROPOSED]**
16        Plaintiff,                          **ORDER TO ENLARGE TIME FOR ADR**
                                              **COMPLIANCE AND TO RESET CASE**
17        vs.                                 **MANAGEMENT CONFERENCE FOR**
                                              **JULY 31, 2006.**
18  MORRISON SOFTDESIGN INC.,
    a North Carolina corporation, and         *[Electronic digital signatures permitted]*
19  JOHN MORRISON, an individual,
20
          Defendants.
21

22

23      The parties to the above-entitled action submit this Stipulation and Proposed Order that

24  (1) the time for satisfaction of the hybrid ADR requirement in this matter be extended through

25  July 14, 2006; and (2) that the Case Management Conference, which is now calendared for June

26  5, 2006 at 4:00 p.m., be postponed and re-calendared to July 31, 2006, at 4:00 p.m., or as soon

27  thereafter as counsel may be heard by the above entitled court, in the courtroom of the Hon.
28

STIPULATION AND [PROPOSED] ORDER
                                    1

Marilyn Hall Patel, located at 450 Golden Gate Avenue, Courtroom 15, 18th Floor, San Francisco, California.

The parties request this extension and resetting of the Case Management Conference for the following reasons: (1) a hybrid ENE/Mediation was held in Palo Alto, California on February 8, 2006 before Peter Courture, a member of the Court's ADR Program Panel; (2) the parties are continuing their communications and exchange of documents and the mediator has consented to continuing his attempts to facilitate a resolution of this case; and (3) the parties continue to make a good faith effort to dispose of this case through the mediation process.

Granting this Order will not affect other deadlines in the case and will serve the efficient administration of justice.

DATED: May 26, 2006   By: /digitally signed/*George Frost*
George Frost
Attorney for plaintiff, INSIDER SOFTWARE, INC., a Delaware corporation

DATED: May 26, 2006   By: /digitally signed/*Stephen N. Hollman*
Stephen N. Hollman
Attorneys for defendants,
MORRISON SOFTDESIGN, INC.,
a North Carolina corporation, and
JOHN MORRISON, an individual

1  After consideration of the Stipulation, the reasons therefor, and all other matters
2  presented to this Court, IT IS HEREBY ORDERED that (1) the time for satisfaction of the
3  hybrid ADR requirement in this matter be extended through July 14, 2006, and (2) the Case
4  
5  Management Conference, which is now calendared for Monday, June 5, 2006 at 4:00 p.m., be
6  postponed and re-calendared to Monday, July 31, 2006 at 4:00 p.m.
7
8  Dated: __May 31_, 2006
9  _____
   Hon. Marilyn Hall Patel
10 United States District Judge



STIPULATION AND [PROPOSED] ORDER

3